1048

A. ROY MUNROE, *Appellant,* v. THE STATE OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-00179-3, Daniel J. Berschauer, J., entered March 26, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.

[No. 10399-1-II.   Division Two.   February 4, 1988.]

LAKE JANE ESTATES, INC., *Appellant,* v. CLAUDE C. PURVIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-04025-6, Nile E. Aubrey, J., entered October 9, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 19558-1-I.   Division One.   February 8, 1988.]

LEIF E. BAREM, ET AL, *Plaintiffs,* v. ROBERT E. McMAHON, *Appellant,* THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84-2-01706-4, John E. Rutter, Jr., J., entered November 25, 1986. *Reversed* by unpublished opinion per Grosse, J., concurred in by Williams, J., and Revelle, J. Pro Tem.